# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2017

155116

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

TAYLOR SCHOOL DISTRICT and TAYLOR
FEDERATION OF TEACHERS, AFT LOCAL
1085,
          Respondents-Appellants,

v

NANCY RHATIGAN, REBECCA METZ, and
ANGELA STEFFKE,
          Charging Parties-Appellees.

SC: 155116
COA: 326128
MERC: 13-000133, 13-000029

_____/

On order of the Court, the application for leave to appeal the February 9, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2017



Clerk

t0928